Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

September 26, 20 01
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
        Plaintiff,  ) No. CR01-346R
    v.  ) INDICTMENT
PATRICK MICHAEL CUNNINGHAM,  )
        Defendant.  )



CR 01-00346  #00000001

The Grand Jury charges that:

## COUNT 1
(Attempted Malicious Damage)

On or about September 13, 2001, at Seattle, within the Western District of Washington, PATRICK MICHAEL CUNNINGHAM did maliciously attempt to damage and destroy, by means of fire and explosive materials, the building and real property known as the Idriss Mosque, 1420 NE Northgate Way, Seattle, Washington, which real property and building were used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce

All in violation of Title 18, United States Code, Section 844(i).

## COUNT 2
(Obstruction of Free Exercise of Religious Beliefs)

On or about September 13, 2001, at Seattle, within the Western District of Washington, PATRICK MICHAEL CUNNINGHAM did intentionally attempt to obstruct, by force and threat of force, another person in the enjoyment of that person's free exercise of religious

INDICTMENT/Cunningham - 1
IMA

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

beliefs at the Idriss Mosque, 1420 NE Northgate Way, Seattle, Washington, in and affecting interstate and foreign commerce, including the use, attempted use, and threatened use of a firearm, and the attempted and threatened use of fire.

All in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

### COUNT 3
(Attempted Defacement of Religious Real Property)

On or about September 13, 2001, at Seattle, within the Western District of Washington, PATRICK MICHAEL CUNNINGHAM did intentionally attempt to deface, damage and destroy, by means of fire, religious real property, because of the race, color, and ethnic characteristics of the individuals associated with that property; that is, the defendant attempted to damage and deface by fire the real property known as the Idriss Mosque, 1420 NE Northgate Way, Seattle, Washington.

All in violation of Title 18, United States Code, Section 247(c) and (d)(3).

### COUNT 4
(Use of a Firearm in Relation to a Crime of Violence)

On or about September 13, 2001, at Seattle, in the Western District of Washington, PATRICK MICHAEL CUNNINGHAM did willfully use, brandish and discharge a firearm during and in relation to a crime of violence prosecutable in a court of the United States, that is, attempted malicious damage in violation of Title 18, United States Code, Section 844(i), obstruction of the free exercise of religious beliefs in violation of Title 18, United States Code, Section 247(a)(2), and the attempted defacement and damaging of religious real

//
//
//
//
//
//
//

INDICTMENT/Cunningham - 2
IMA

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

property in violation of Title 18, United States Code, Section 247(c), as charged in Counts One, Two, and Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

DATED: 9/26/01

_____
FOREPERSON

_____
FRANCIS J. DISKIN
United States Attorney

_____
WILLIAM H. REDKEY, JR.
Assistant United States Attorney

_____
STEVEN C. GONZALEZ
Assistant United States Attorney

_____
RALPH F. BOYD
Assistant Attorney General
Civil Rights Division

_____
GERARD V. HOGAN
MALACHI B. JONES
Trial Attorneys
Civil Rights Division

INDICTMENT/Cunningham - 3
IMA