# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE: Cunningham vs USA
FOR / AT

**PERSON REPRESENTED** (Show your full name): PATRICK M CUNNINGHAM

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate
District Court: CR 1-346
Court of Appeals

FILED — ENTERED — LODGED — RECEIVED
SEP 28 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

SEP 28 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DIST. OF WASH.

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 9/11/2001
How much did you earn per month? $ 6,100

If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 2,000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____   SOURCES: CLAIMS NONE

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes  ☐ No  IF YES, state total amount $ 100

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE: $ 2,000 — DESCRIPTION: 15' Aluminum Boat
VALUE: $ 120,000 — DESCRIPTION: Mobile Home

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| Mortgage / telephone / Utilities | | | $ 500 |
| | Credit Cards | $ 3,000 | $ 250 |
| | Insurance | | $ 100 |

Executed on (date): 9-28-01

Signature: Patrick M Cunningham

CR 01-00346 #00000005