```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>PATRICK MICHAEL CUNNINGHAM,<br><br>    Defendant. | NO. CR01-346R<br><br>ORDER VACATING SENTENCE AND AUTHORIZING IMMEDIATE RELEASE |

On December 17, 2002, this court sentenced Patrick Michael Cunningham to 78 months custody after he pled guilty to one count of Attempted Obstruction of Free Exercise of Religious Beliefs, in violation of 18 U.S.C. §§ 247 (a)(2) and (d)(3), and one count of Use of a Firearm in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(a)(1)(A)(i).  Mr. Cunningham is scheduled to be released from prison on May 15, 2007.

The court has been notified by the family of Patrick Michael Cunningham that Mr. Cunningham is suffering from Amytrophic Lateral Sclerosis, or Lou Gehrig's Disease.  A report dated May 20, 2004 of Dr. Michael D. Anderson, Medical Officer at the Federal Medical Center where Mr. Cunningham is incarcerated, details Mr. Cunningham's physical deterioration, stating that Mr. Cunningham has lost the use of both legs and of one arm entirely

ORDER
Page - 1 -

and that his "life expectancy is less than a year, perhaps considerably less." The report concludes that "[f]rom a medical standpoint, I recommend we release him as soon as possible. Even at this institution, we are not prepared to care for a patient totally dependent on mechanical ventilation and we would have to transfer him to a non-BOP ventilator unit."

The court has also received correspondence from the family of Mr. Cunningham, and in particular from his sister. She writes of the difficulty the family is experiencing, expecting that her brother will die in prison. She reports that Mr. Cunningham has been a model prisoner while incarcerated. The court has also received correspondence from the U.S. Probation Office, recommending that given Mr. Cunningham's condition, he be released. The court has also contacted the U.S. Attorney's Office, which reports that neither the Department of Justice nor the victims in this case oppose Mr. Cunningham's compassionate release.

Upon motion by the Bureau of Prisons, the court may order the compassionate release of a prisoner under 18 U.S.C. § 3582(c)(1)(A). Under less exigent circumstances, the court would await presentation of such motion by the BOP, consider the factors (discussed above) weighing in favor of such release, and grant the motion authorizing compassionate release. The court has been advised, however, that the process of compassionate release can, in its practical application, take up to several months. Being advised that the BOP has in fact initiated the compassionate release process in Mr. Cunningham's case, and being

1 also advised that Mr. Cunningham does not have the kind of time
2 such release has been known to take, and having considered the
3 factors discussed above, the court finds that there are extraor-
4 dinary and compelling reasons to warrant a reduction in Mr.
5 Cunningham's sentence under 18 U.S.C. § 3582(c)(1)(A).  **The court**
6 **hereby vacates Mr. Cunningham's sentence imposed by this court on**
7 **December 17, 2002 and orders the Bureau of Prisons to release Mr.**
8 **Cunningham as soon as possible, incumbent on the Bureau of**
9 **Prisons securing transportation arrangements, but in no case**
10 **later than July 19th, 2004.**

11     DATED at Seattle, Washington this 13th day of July, 2004.

13                                           s/ Barbara Jacobs Rothstein
14                                           UNITED STATES DISTRICT JUDGE

ORDER
Page - 3 -